IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN REILLY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 19-6089 |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, this 28th day of October, 2020, upon consideration of Plaintiff Kathleen Reilly's Brief and Statement of Issues in Support of her Request for Review (doc. 11), the Commissioner's Response (doc. 12), and Reilly's Reply (doc. 15), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for award of benefits as of January 26, 2014;

3. JUDGMENT is entered in favor of Plaintiff and against the Commissioner; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

\_\_\_/s/ Timothy R. Rice\_\_\_\_\_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE